Sandy Johnson
VS
Jerry S. Ammons

1-7 pg

Opposition
1:25CV-10997-ADB

Dear Court i am opposing this dismissal due to Jerry S. Ammon Violating my VAWA rights as a abuse victim. That Suffer from PTSD. Jerry S. Ammon has Violate my rights by Re-opening a new Removal Case against me when the first Removal was dismissed due to my VAWA. Wrongly accusing me of being a drug abuser and wanted me to leave in 33 day's With out due process. Now he is lying on his dismissal stating I have overed Stayed when Jerry wrongly accuse me of being a drug abuser as Soon as I Sent in evidence to show am not a drug abuser he has found 2 more reason to cause pain & Suffering and trama and to get me deported.

Under the law VAWA & federal tort Claims Act (FTCA) the federal Court does have Jurisdiction over my ~~VAWA~~ Case because my VAWA rights has been Violated due to due processing and wrongly being accused of being a drug abuser and

getting sent a <u>33 day deportation letter</u> that Dates <u>March 26, 2025</u> and i have attached in this letter as evidence and marked to the top <u>Exhibit 6G</u> i have also highlighted where Jerry S. Ammons violated due process and wrongly Accused me of being a drug abuser and this is why i had to leave in 33 day's.

Attached: <u>Exhibit 1a-1-4pg</u> will show Jerry Ammos is looking for way's to get me deported for no reason this is the 2nd reason after i got a Notice to Appear May 6, 2025 stating i have a hearing for a removal proceeding by Jerry S. Ammos on July 25, 2025. He also stated with a x on number 2 on the notice to Appear (you are an alien present in the United States who has not been admitted or paroled. So i Sandy Johnson provided in <u>Exhibit 6F</u> 1-10pg a copy of my passport and visa showing how i came to the USA at the age of 9 years old. Showing i did not enter the USA illegally i also provided plain tickets information

In Exhibit 3C pg 1- Will show my VAWA that was approved on August 18, 2021 by USCIS Vermont Service Center 38 river road and has been approved and Stated (The petition indicates that you, the Self-petitioner, are in the United States and will apply for adjustment of Status. You should contact the local USCIS office to obtain form i485, Application to register permanent resident or Adjust Status. A Copy of this notice should be submitted with the application.)

In Exhibit 5E i attached as evidence it will show the 1st removal proceeding initiated by the Department of Homeland Security Dated 05/29/2024 Granted without prejudice and on the bottom under Further explanation In the absense of any timely DHS opposition, the Court grants the respondan motion to dismiss without prejudice filed on May 7, 2024, to allow the respondent to ultimately pursue adjustment of Status under Section 245 of the immigration and Nationality

Act before U.S Citizenship and immigration Services ("USCIS") based on the approved form i360 Self petition that USCIS approved on August 18, 2021. See Matter of Coronado Acevedo, 28 I&N Dec 648, 651-52 (A.G 2022).

In Exhibit 4D it will show where Jerry S Ammos has violated my VAWA rights by due process this is the letter/ medical Examination that was sent in by a Civil Surgeon and Signed that Stated my medical Disorder PTSD that was caused by abuse also stated why i smoked medical marijuana. And a attached letter by my Doctor explaining my ptsd and trama.

In Exhibit 7H it is a updated letter showing due to PTSD from abuse i am not a drug abuser done by my Doctor at a recent visit. Dated July 8, 2025
In Exhibit 8I - Jerry S. Ammos Dismissal i have highlighted another 3rd reason

he came up with to get me deported and Claiming that the federal Court has no jurisdiction and that is false because he has inflect fear pain & Suffering he has violated my rights as a VAWA victim.

Asking the Court 1

I am asking the Court to please do not close this case due to my VAWA rights and due processing right being violated all doe i have a Court date on July 24, 2025 that Jerry Ammos Stated in my favor I am scared because he is looking for reasons to get me deported and my 10 year old Autistic Son needs me he is Suffering already with 2 broken ribs i almost lost my Son all i ask is for my citizenship so i Can take care of my Son and my self and health i am not a Criminal this is Causing my heart to hurt because it Seems like Jerry S Ammos has a personal problem

with me and i did nothing to him i ask that it stay open so i do not get abuse and sent back away from my child or sustain any more injury's by anyone who is trying to abuse me as i fight for my rights and Son rights.

I have attached Exhibits

1. Exhibit 1A 1-4pg Notice to Appear
2. Exhibit 3C 1pg Approved VAWA
3. Exhibit 5E 1-3pg 1 Removal Dismissed
4. Exhibit 4D 1-16 Doctor letter attached Copy of the Report of medical Examination
5. Exhibit 6F 1-10pg Copy of passport and air plane ticket on how i came to the USA.
6. Exhibit 6G - Notice of Disision 33 Self deport letter sent by Jerry S. Ammon field office Director that shows where he violated due process lying and wrongly accusing me of being a drug abuser.
7. Exhibit 7H - New Doctor explaining why i smoke medical marijuana

- due to abuse by my son father trama and injury.

8. Exhibit 8I- Copy of Jerry S. Ammos Dismissal where i have highlighted the 3rd reason he want me deported that was not stated on the 33 day deportation letter showing negligence.

Asking the Court 2

please stop this abuse or if you guy's can't help me can donald trump please be contacted so he can review my evidence and stop this abuse and pain & suffering.

Note: Am sorry it took me long to oppose due to me not knowing about his dismissal papper work because he has not mail me any copy's by mail i have been getting Emails from the court when by law he is suppose to mail me a copy And did not.