# I-797 | NOTICE OF ACTION

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**

| | |
|---|---|
| Receipt Number: EAC1802750746 | Case Type: Form I-360, Petition for Amerasian, Widow(er), or Special Immigrant |
| Receipt Date: October 16, 2017 | Self-Petitioner: JOHNSON, SANDY |
| Notice Date: August 18, 2021 | A Number: A216227492 |

SANDY NATALIE JOHNSON
214 HARVARD ST APT 1G
DORCHESTER CENTER, MA 02124

| | |
|---|---|
| Notice Type: Approval Notice | Section: Self-Petitioning Spouse of U.S.C or L.P.R |
| Priority Date: October 25, 2017 | Class: IB1 |

The above petition has been approved.

The petition indicates that you, the self-petitioner, are in the United States and will apply for adjustment of status. You should contact the local USCIS office to obtain Form I-485, Application to Register Permanent Resident or Adjust Status. A copy of this notice should be submitted with the application.

If you decide to apply for a visa outside the United States based on this petition, you should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that need consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

Please read the back of this form carefully for more information.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM DOES NOT CONSTITUTE EMPLOYMENT AUTHORIZATION NOR MAY IT BE USED IN PLACE OF AN EMPLOYMENT AUTHORIZATION DOCUMENT.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS Vermont Service Center
38 River Road
Essex Junction, VT 05479-0001

FORM I-797 (REV. 08/01/16)