**Extend your Reach**

USA · CANADA · THE CARIBBEAN · LATIN AMERICA

Stay Connected with Cable & Wireless Mobile Roaming



**CABLE & WIRELESS**

For information on Roaming call 1-800-804 CWWI (2994)

| ISSUED BY | AIR JAMAICA LTD | | CONJUNCTION TICKETS | | | ORIGIN/DESTINATION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ENDORSEMENTS/RESTRICTIONS (CARBON) | | | Passenger Ticket and Baggage Check | | | | | | | | |
| | | | DATE OF ISSUE 08 JUL 0 | | | AIRLINE DATA JINZEW 752 | | | | | |
| NAME OF PASSENGER MATHURIN/SANDY MS CHD | | | IATA BSP | | | ISSUED IN EXCHANGE FOR | ST. LUCIA | | | | |
| X/O | GOOD FOR PASSAGE FROM | CARRIER | FLIGHT | CLASS | DATE | TIME | STATUS | FARE BASIS | NOT VALID BEFORE | NOT VALID AFTER | ALLOW |
| | ST LUCIA | JM | | K | 23JUL | | OK | KJKXP90CH | | | |
| X | MONTEGO BAY | JM | | K | 23JUL | 535 | OK | KJKXP90CH | | | |
| | BOSTON | JM | | K | 26AUG | 720A | OK | KJKXP90CH | 25JUL | 210CT | |
| X | MONTEGO BAY | JM | | K | 26AUG | 1210 | OK | KJKXP90CH | 25JUL | 210CT | |
| | ST LUCIA | | | | | | | | | | |
| FARE USD 414.00 | FARE CALCULATION SLU JM X/MBJ JM BOS 07.50 05.00 194.62 JM X/MBJ 07.50 05.00 | | | | | | | | | | |
| EQUIV. FARE PD. 1118.00 | JM SLU194.62NUC414.24END ROE1.00XT8.40XA8.10XFBOS3 | | | | | | | | | | |
| TAX/FEE/CHARGE 72.40 | | | | | | | | | | | |
| TAX/FEE/CHARGE 18.90 | FORM OF PAYMENT CASH | | | | | APP. CODE | | TOUR CODE | | | |
| TAX/FEE/CHARGE 16.50 | | | | | | ORIGINAL ISSUE | | | | | |
| TOTAL XCD 1225.80 | | | | | | | | | | | |
| A/L AGENT INFO 0011 | | 3 | 2019191916257 4 | | | | | | | | |
| CONTROL NO. 7924646570 | | | | | | | | | | | |

FILED IN CLERKS OFFICE 2025 JUL 22 AM 11:21 U.S. DISTRICT COURT DISTRICT OF MASS.

### Child's personal details

| Last Name: | First name: | Age: | Sex: | Language(s) spoken: |
|---|---|---|---|---|

Special Instructions (e.g. medication, allergies, special dietary requirements, transit details etc.)

| OUTWARD FLIGHT | RETURN FLIGHT |
|---|---|
| Guardian seeing child off on departure: | Guardian seeing child off on departure: |
| Relationship to child: | Relationship to child: |
| Address: | Address: |
| Zipcode: | Zipcode: |
| Telephone number: | Telephone number: |
| Guardian meeting child on arrival: | Guardian meeting child on arrival: |
| Relationship to child: | Relationship to child: |
| Address: | Address: |
| Zipcode: | Zipcode: |
| Telephone number: | Telephone number: |

| JM Use Only | JM Name/Signature | JM Use Only | JM Name/Signature |
|---|---|---|---|
| Departure Agent | | Departure Agent | |
| Transit Agent | | Transit Agent | |
| Arrival Agent | | Arrival Agent | |

| Flight # | VIA | Flight # | VIA |
|---|---|---|---|
| | | | |

| Final Destination | Final Destination |
|---|---|
| | |

RETURN - ORIGIN STATION

# AIR JAMAICA

## UNACCOMPANIED MINOR (UM) FORM

**Guardian with Child at Departure Declaration**

I have arranged for the UM to be met upon arrival by the guardian named on the front of this form.

I will remain at the airport until the UM's flight has departed.

I have advised the guardian, meeting the UM, of the scheduled arrival time of this flight.

If the UM is not met as declared, I authorize Air Jamaica to take whatever action that they deem necessary to ensure the UM's safe custody, including but not limited to, returning the UM to the airport of origin, hotel accommodations and local transportation.

I agree to indemnify and reimburse Air Jamaica for any costs incurred by these actions.

I have read and agree to the above declaration and certify that the information that I have provided is correct.

**OUTWARD FLIGHT**

| | |
|---|---|
| Signature (For release of UM to Air Jamaica) | |
| _Lulia Mathurin_ | Date/Time  23/7/05 |
| Signature (For release of UM to Guardian upon arrival) | |
| | Date/Time |
| Proof of Identification (Photo ID) | |

**RETURN FLIGHT**

| | |
|---|---|
| Signature (For release of UM to Air Jamaica) | |
| | Date/Time |
| Signature (For release of UM to Guardian upon arrival) | |
| | Date/Time |
| Proof of Identification (Photo ID) | |