```
SLES PERSON: SC                    ITINERARY                JINZFW
```

FILED
IN CLERKS OFFICE
2025 JUL 22 AM 11:21
U.S. DISTRICT COURT
DISTRICT OF MASS.

```
TO: SOLAR TOURS
    20 BRIDGE STREET
    CASTRIES, ST. LUCIA

FOR: MATHURIN/SANDY MS
```

CHECK IN TIME: 11:55 AM. VIEUX-

```
23 JUL 03  -  WEDNESDAY
    AIR   AIR JAMAICA LTD        FLT:JM92      ECONOMY          BREAKFAST
          LV ST LUCIA      UVF                 155P             FQE: AIRBUS A320
                                                                DTME: 50MIN
          AR MONTEGO BAY                       345P             NON-STOP

    AIR   AIR JAMAICA LTD        FLT:JM49      ECONOMY          DINNER
          LV MONTEGO BAY                       535P
          AR BOSTON                           1030P
          ARRIVE: TERMINAL E

26 AUG 03  -  TUESDAY
```

CHECK IN TIME: 5:00 AM.

```
    AIR   AIR JAMAICA LTD        FLT:JM48      ECONOMY          BREAKFAST
          LV BOSTON                            720A
          DEPART: TERMINAL E
          AR MONTEGO BAY                      1025A             NON-STOP

    AIR   AIR JAMAICA LTD        FLT:JM93      ECONOMY          LUNCH
          LV MONTEGO BAY                      1210P
          AR ST LUCIA      UVF                 350P             NON-STOP

THANKS FOR CHOOSING SOLAR TOURS AND HAVE A NICE TRIP
...REMEMBER TO BE AT THE AIRPORT 2 HOURS
   PRIOR TO DEPARTURE
```



