# 1 Default Judgement    Case # 1-25-cv-10997-ADB (1-4 pg)

**Plaintiff** — Sandy Johnson VAWA Victim

**VS**

**Defendant** — US Department of Homeland Security office field director Jerry S Ammons / DH

Dear Federal Judge i am writing you today to let you know my rights are still being violated by Jerry S. Ammons and i would like to personally sue him for $50,000 for Defamation of Character, Pain Suffering, disable discrimination. Wrongly accusing me of being a drug abuser, and still have me in Court.

I have been going to immigration Court Jerry Ammons do not show up to explain why he is wrongly accuse me of being a drug abuser. Jerry has violated my right and the immigration Court is not acknowledge the fact that am voicing am wrongly being accused and it's not fair they ignore doctor letters they want me to retake the test when weed is legal and i smoke it due to getting abuse by a american. Injured by a american and now suffering from PTSD and this is what helps me.

The Court is Requesting me to take another test and i feel sick to my stomach that they ignoring this man Jerry Ammon for mentally abusing me and violating my VAWA rights my son collect ssi and i am not using trump money he gives my child to live to prove anything to this abuser i am asking that they ask donald J trump about my case please call donald trump to protect me and my son i am tired of the abuse my VAWA Rights has been violated by Jerry

i want your president to step in so he can hold this Crook accountable for abusing me thank you am tired of the abuse please stop it please stop i have done nothing wrong am tired please stop abusing me stop please call trump he is the only one who can save me from this abuse am scared to go outside i don't know what will happen to me because of Jerry wrongly accusing me. This is making my son also go through pain & suffering because he knows you Jerry is trying to take his mom away. I ask that donald trump qustion Jerry as to why he is wrongly accusing me and who put him up to mentally abuse me and why he is ignoring my PTSD and doctor letters he needs to go to Jail for messing up my life, retaking a test to prove Somthing to a abuser is wrong my abuser use to ~~force~~ me to do things i did not want to do Just like Jerry he is the reason why am in Court because he made false accusations. I would like my citizenship so i can work for my disable child and protect us please there is alot of corruption going on here and it's not fair. Hold this Crook Jerry Ammos from abusing me and how lawyers are trying to cover him they should get held accountable to for carrying out this case knowing

they are violating my VAWA Rights as well please call your president so he can Review my evidence it's against the law to not protect A VAWA victim i Love america and i respect All good people here so please stop treating me bad thank you. I would also like a Response from the federal Judge as to what actions will they take for Jerry ammons violating my VAWA rights. on December 5 i have another Court date i would like trump present so he can stop further abuse or the federal Judge to stop them all from violating my VAWA Right they have the evidence as to why i smoke medical marijuana and they all are ignoring it and my PTSD showing disable discrimination. please help me. Please respond

4/=
1-4

Plaintiff
Sandy Johnson
VAWA
Victim

VS.

US Department of Homeland Security office field director (Jerry S. AMMON

## Asking Judge

Case # 1:25-CV-10997-ADA
1-3 pg

Asking the Court for a default Judgment for me to get my Citizenship due to Jerry Ammons Violating my VAWA Rights and Violating due process ignoring a removal Dismissal that was granted to me on 05/29/2024 By DHS and a Judge Dismissed it on may 7, 2024 Judge Sturla, Mario this is a violation of my rights and i want this abuse and pain & Suffering to Stop i have a Child with autism and he needs me am asking the Judge for help so this Can Stop Jerry S. has abuse his power and will not Stop taking me to Court for his falsely accusing me of being a drug abuser and blaming the Civil Surgeon when he ignore doctor letters and my PTSD and the Civil Surgeon Remarks on the medical Report please Judge review the evidence and Stop this Corruption and abuse and pain & Suffering.

Thank you
Sandy Johnson

Note: Jerry S. Ammons Did not answer my Appeal insted he took me to Court showing negligence.

Thank you