March 26, 2025

SANDY NATALIE JOHNSON
11 CREIGHTON ST APT 309
JAMAICA PLAIN, MA 02130

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
15 New Sudbury Street
John F. Kennedy Federal Building, Government
Center, Room E-190B
Boston, MA 02203

U.S. Citizenship
and Immigration
Services



EAC2206150239



A216-227-492

RE: I-485, Application to Register Permanent
Residence or Adjust Status



## NOTICE OF DECISION

Dear SANDY JOHNSON:

On November 23, 2021, you filed a Form I-485, Application to Register Permanent Residence or Adjust Status, with U.S. Citizenship and Immigration Services (USCIS) under section 245 of the Immigration and Nationality Act (INA), based on being the principal beneficiary of a family-based immigrant petition.

After a thorough review of your application, your testimony during your interview, and the record of evidence, we must inform you that we are denying your application.

To qualify for adjustment under INA 245, an applicant must:

- Be inspected and admitted or inspected and paroled into the United States;
- Be eligible to receive an immigrant visa;
- Be admissible to the United States for permanent residence; and
- Have an immigrant visa immediately available at the time the application is filed.

You must demonstrate that you are eligible to adjust status to a lawful permanent resident (LPR). See Title 8 Code of Federal Regulations (8 CFR), section 245.1.

### Statement of Facts and Analysis, Including Reason(s) for Denial

On May 25, 2022, you appeared for an interview to determine your eligibility for adjustment of status. During the interview and review of your application with an Immigration Services Officer, you testified that the information on your Form I-485, along with any amendments made during the adjustment interview, and supporting evidence were true and correct. At the interview, you provided testimony under oath. Your case was administratively closed on May 25, 2022, because your case was in the jurisdiction of the Immigration Judge. On May 31, 2024, you submitted evidence that the Immigration Judge dismissed Proceedings and granted your motion to dismiss without prejudice filed on May 7, 2024, to allow for adjustment of status under section 245 of the Immigration and Nationality Act before the U.S. Citizenship and Immigration Services based on the approved Form

document has been reached. See Title 8 Code of Federal Regulations (8 CFR), section 274a.14(a)(1)(i). Since this Form I-485 is denied, the condition upon which your employment authorization was based no longer exists. Any unexpired employment authorization based upon this Form I-485 is revoked as of 18 days from the date of this notice, unless you submit, within 18 days, proof that your Form I-485 remains pending. See Title 8 Code of Federal Regulations (8 CFR), section 274a.14(b)(2). The decision by the district director shall be final and no appeal shall lie from the decision to revoke the authorization. Your employment authorization document should be returned to the local USCIS office.

**NOTE on Advance Parole Document:** Any advance parole document based upon this Form I-485 is automatically terminated if the expiration date of the time for which parole was authorized has been reached. See Title 8 Code of Federal Regulations (8 CFR), section 212.5(e)(1)(ii). Since this Form I-485 is denied, the purpose for which your advance parole document was issued has been accomplished. Any unexpired advance parole document issued to you based upon this Form I-485 is terminated as of the date of this notice. See Title 8 Code of Federal Regulations (8 CFR), section 212.5(e)(2)(i). Your advance parole document should be returned to the local USCIS office.

Sincerely,

Jerry S. Ammons
Field Office Director