

```
          FILED
     IN CLERKS OFFICE
     2025 OCT -1 PM 1:50
     U.S. DISTRICT COURT
     DISTRICT OF MASS.
```



# UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### BOSTON IMMIGRATION COURT

Respondent Name:
JOHNSON, SANDY NATALIE

To:
JOHNSON, SANDY NATALIE
11 CREIGHTON ST
JAMAICA PLAIN
BOSTON, MA 02180

A-Number:
216227492
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
05/29/2024

## ORDER ON MOTION TO DISMISS

☑ The Respondent ☐ the Department of Homeland Security ☐ the parties jointly has/have filed a motion to dismiss these proceedings under 8 CFR 1239.2(c). The moving party has given notice of the motion to the non-moving party and the court has provided the non-moving party with an opportunity to respond. The motion is ☐ opposed ☑ unopposed.

After considering the facts and circumstances, the immigration court orders that the motion to dismiss is:

☑ Granted without prejudice
☐ Denied

Further explanation:

In the absence of any timely DHS opposition, the Court grants the respondent's motion to dismiss without prejudice filed on May 7, 2024, to allow the respondent to ultimately pursue adjustment of status under section 245 of the Immigration and Nationality Act before U.S. Citizenship and Immigration Services ("USCIS") based on the approved Form I-360 self-petition that USCIS approved on August 18, 2021. See Matter of Coronado Acevedo, 28 I&N Dec. 648, 651-52 (A.G. 2022).

*IT IS SO ORDERED.*

Immigration Judge: Sturla, Mario 05/29/2024

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service
To: [ M ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ ] Noncitizen's atty/rep. | [ M ] DHS
Respondent Name : JOHNSON, SANDY NATALIE | A-Number : 216227492
Riders:
Date: 05/29/2024 By: MATTHEWS, JOSHUA, Court Staff

